Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jesus Segura,<br><br>Defendant. | CASE NO. CV 3:12-CV-01702-JSW<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (PROPOSED) |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Friday, July 27, 2012 at 1:30 p.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the defendant Jesus Segura has not yet answered Plaintiff's Complaint (despite service of suit papers upon him).

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, July 27, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Dated: July 12, 2012

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (~~PROPOSED~~)**
**CASE NO. CV 3:12-cv-01702-JSW**
**PAGE 2**

1

2

## ORDER (Proposed)

3      It is hereby ordered that the Case Management Conference in civil action number 3:12-cv-01702-

4  JSW styled *J & J Sports Productions, Inc. v. Jesus Segura,* is hereby continued to

5  August 31, 2012 at 1:30 p.m.  The parties shall file a joint case management conference

statement by August 24, 2012.

6        Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

7  of Service of this Order with the Clerk of the Court.

8

9

10

11 **IT IS SO ORDERED**:

12

13

14  _____        Dated: July 12, 2012 _____

15 **THE HONORABLE JEFFREY S. WHITE**
**United States District Court**
16 **Northern District of California**

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (PROPOSED)**
**CASE NO. CV 3:12-cv-01702-JSW**
**PAGE 3**