Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jesus Segura,<br><br>Defendant. | CASE NO. CV 3:12-CV-01702-JSW<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER ~~(PROPOSED)~~ |

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Friday, July 27, 2012 at 1:30 p.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the defendant Jesus Segura has not yet answered Plaintiff's Complaint (despite service of suit papers upon him).

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, July 27, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

///

///

Respectfully submitted,

Dated: July 12, 2012

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (**~~PROPOSED~~**)**
**CASE NO. CV 3:12-cv-01702-JSW**
**PAGE 2**

## ORDER ~~(Proposed)~~

It is hereby ordered that the Case Management Conference in civil action number 3:12-cv-01702-JSW styled *J & J Sports Productions, Inc. v. Jesus Segura,* is hereby continued to August 31, 2012 at 1:30 p.m.  The parties shall file a joint case management conference statement by August 24, 2012.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____

**THE HONORABLE JEFFREY S. WHITE**
**United States District Court**
**Northern District of California**

Dated: July 12, 2012 _____

///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (PROPOSED)**
**CASE NO. CV 3:12-cv-01702-JSW**
**PAGE 3**