Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JESUS SEGURA, <br><br> Defendant. | Case No. 3:12-cv-01702-JSW <br><br> **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT** <br> **AND ORDER RE REQUEST** <br><br> FOR:   HON. JEFFREY S. WHITE |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, have been forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///

///

///

///

///

Page 1

1      **WHEREFORE,** the Parties respectfully request that all presently calendared
2 deadlines and appearances, now be vacated.

3

4                                       Respectfully submitted,

5

6

7 Dated: August 21, 2012       */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
8                                         By: Thomas P. Riley
9                                         Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.
10

Plaintiff shall serve a copy of this Order on Defendants.

11 ///

The Court cannot take judicial notice of the settlement. *See* Fed. R. Evid. 201. Plaintiff's
12 /// request to vacate all deadlines is GRANTED, and the case management conference set for
August 31, 2012 is VACATED.
13 ///

Because Plaintiff's counsel frequently appears before this Court, he is reminded of his
14 /// obligation to electronically file proposed orders with any document that requests relief
15 from this Court.
16 ///

August 21, 2012

17 ///

*Jeffrey S. White*

18 ///

19 ///

20

21 ///

22 ///

23 ///

24

25 ///

26 ///

27 ///

28