Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 3:12-cv-01702-JSW |
| Plaintiff, | PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT |
| v. | AND ORDER RE REQUEST |
| JESUS SEGURA, | FOR: HON. JEFFREY S. WHITE |
| Defendant. | |

        **NOTICE IS HEREBY GIVEN**, to this Honorable Court that the Parties, and each of them, have settled *all* claims relative to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

        Settlement documents, including a Stipulation of Dismissal, have been forwarded to defense counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///
///
///
///
///

**WHEREFORE,** the Parties respectfully request that all presently calendared deadlines and appearances, now be vacated.

Respectfully submitted,

Dated: August 21, 2012          */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Plaintiff shall serve a copy of this Order on Defendants.

The Court cannot take judicial notice of the settlement. *See* Fed. R. Evid. 201. Plaintiff's request to vacate all deadlines is GRANTED, and the case management conference set for August 31, 2012 is VACATED.

Because Plaintiff's counsel frequently appears before this Court, he is reminded of his obligation to electronically file proposed orders with any document that requests relief from this Court.

August 21, 2012

*Jeffrey S White*

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///