IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

  v.

JESUS SEGURA,

    Defendants.

No. C 12-01702 JSW

**ORDER REQUIRING STATUS REPORT**

On August 21, 2012, the Court issued an Order granting Plaintiff's request to vacate all dates and deadlines in light of settlement. Plaintiff represented that counsel anticipated that the Stipulation of Dismissal will be filed with the Court "promptly." There has been no further action. Accordingly, Plaintiff is HEREBY ORDERED to file a status report by no later than October 5, 2012, setting forth the status of settlement and when it expects to dismiss this case.

**IT IS SO ORDERED.**

Dated: September 24, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE