Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jesus Segura, et al., <br><br> Defendant. | CASE NO. CV 12-01702 JSW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JESUS SEGURA, individually and d/b/a TAQUERIA LA SELVA |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JESUS SEGURA, individually and d/b/a TAQUERIA LA SELVA, that the above-entitled action is hereby dismissed **without prejudice** against and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JESUS SEGURA, individually and d/b/a TAQUERIA LA SELVA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

STIPULATION OF DISMISSAL
CV 12-01702 JSW
PAGE 1

      **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 15, 2013, the dismissal shall be deemed to be **with prejudice.**

      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: August 8, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 8/16/2012

JONATHAN D. MATTHEWS,
**ATTORNEY AT LAW**
By: Jonathan D. Matthews
Attorneys for Defendant
JESUS SEGURA,
individually and d/b/a TAQUERIA LA SELVA

**IT IS SO ORDERED:**

Dated: September 25, 2012

The Honorable Jeffrey S. White
United States District Court
**Northern District of California**