1

2

3

4        IN THE UNITED STATES DISTRICT COURT

5

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7   J&J SPORTS PRODUCTIONS, INC.,

8          Plaintiff,                           No. C 12-01702 JSW

9     v.                                        **ORDER RE NOTICE TO**
                                                **WITHDRAW PLAINTIFF'S**
10  JESUS SERGURA,                              **NOTICE OF SETTLEMENT**

11         Defendant.

12  _____/

13        On March 19, 2013, Plaintiff filed a notice that the "Notice of Settlement previously

14  filed on August 21, 2012 (ECF No. 16) is hereby withdrawn.  Plaintiff[] respectfully requests

15  that this action be reinstated on the Court's trial calendar forthwith."  (Docket No. 23 at 1:21-

16  23.)  However, on September 25, 2012, this Court granted a stipulation to dismiss this case

17  without prejudice.  (Docket No. 21.)  The parties stipulated that "provided no Party referenced

18  above *has filed a motion to reopen* this action by November 15, 2013, the dismissal shall be

19  deemed with prejudice."  (*Id.* at 2:1-3 (emphasis added).)

20        Therefore, if Plaintiff seeks to reopen this case and have it placed back on the Court's

21  trial calendar, it should follow the procedures it contemplated in the Stipulation of Dismissal.

22  That is, Plaintiff should filed a properly noticed motion to reopen this case and shall set forth

23  the factual and legal bases on which it seeks to reopen the matter.

24        **IT IS SO ORDERED.**

25  Dated: March 20, 2013                       _____

26                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California