IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

JESUS SERGURA,

    Defendant.

No. C 12-01702 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Corley, in which she recommends that the Court grant Plaintiff's motion for default judgment in part. The deadline to file objections to the Report has passed. The Court finds the report through and well reasoned and adopts it in every respect.

Accordingly, Plaintiff's motion for default judgment is granted, in part, as set forth in the Report (Docket No. 37). The Court shall enter a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 21, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE